IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| RAWLINGS & ASSOCIATES PLLC AND LOWEY DANNENBERG P.C.<br><br>*Plaintiffs*,<br><br>v.<br><br>ARCHER SYSTEMS, LLC<br><br>*Defendants*.<br><br>v.<br><br>MSP RECOVERY SERVICES, LLC,<br>MSP RECOVERY, LLC,<br>MSPA CLAIMS 1, LLC,<br>MAO-MSO RECOVERY II, LLC,<br>MSP RECOVERY CLAIMS, SERIES LLC, AND MSP RECOVERY CLAIMS SERIES 44, LLC<br><br>*Interpleader Claimants*. | § § § § § § § § § § § § § § § § § § § § § § § | C.A. No. 3:23-cv-242-RGJ |

**AGREED AMENDED ORDER GRANTING INTERPLEADER DEPOSIT**

This matter is before the Court on Archer Systems, LLC's ("Archer") Amended and Motion for Interpleader Deposit (ECF No. 66) (the "Motion"), which has been further revised and agreed to by the parties. The Court, having reviewed the Motion and appropriate matters of record, notes that no responses in opposition to the Motion were filed. The Court has also determined that good cause exists for the relief requested and that the Amended Motion, as further revised by the parties and the passage of time, should be **GRANTED** and the Court's Order (ECF No. 62) is replaced with this Order.

**IT IS HEREBY ORDERED** as follows:

1. Archer shall be permitted to deposit the interplead funds of up to $345,045.05 into the Registry of the Court, which reflects the maximum owed amount on the following claims contained in Exhibit A to Archer's Second Amended Counterclaim/Complaint for Interpleader (ECF No. 65-2):

| ARCHER Client ID | Rawlings Claim ID 1 | Rawlings Claim ID 2 | MSP Claim ID 1 | MSP Claim ID 2 |
|---|---|---|---|---|
| 285432 | 98650206 | | 1018453 | |
| 285777 | 98650121 | | 1018775 | |
| 288115 | 98650173 | | 1020944 | |
| 290287 | 122276480 | | 1022910 | |
| 290911 | 98650193 | | 1023491 | |
| 297555 | 98649815 | | 1029662 | |
| 298889 | 98649877 | | 1030891 | |
| 299812 | 98649863 | | 1031750 | |
| 370551 | 113587872 | | 1505656 | |
| 372787 | 122654650 | | 1605946 | |
| 381420 | 122650736 | | 1605981 | |
| 382183 | 113587500 | | 1802426 | |
| 382962 | 113587414 | 115793848 | 1812617 | |
| 387518 | 119443446 | | 1423921 | |
| 390621 | 115282066 | | 1669847 | |
| 392624 | 113587883 | | 1732748 | |
| 393381 | 113587098 | | 1718331 | |
| 394977 | 113587800 | | 1733113 | |
| 396121 | 113589913 | | 1728813 | |
| 402223 | 118723061 | | 1664252 | |
| 404086 | 116864835 | | 1811818 | |
| 404239 | 117285273 | | 1813753 | |
| 406170 | 123341692 | | 2539247 | 1813967 |
| 406342 | 125355467 | | 1803310 | |
| 445206 | 116594002 | | 1561721 | |
| 464971 | 123682913 | | 1793536 | |
| 468458 | 116881459 | | 1780080 | |
| 469200 | 116881313 | | 1770321 | |
| 471555 | 116881376 | | 1778446 | |
| 505703 | 128626414 | | 2168642 | |

2.      It is further ORDERED that the following claim has been removed from Exhibit A to Archer's Second Amended Counterclaim/Complaint for Interpleader (ECF No. 65-2) on the basis that the claimant has elected to pay both MSP and Rawlings to resolve these issues in an expeditious fashion:

| ARCHER Client ID | Rawlings Claim ID 1 | MSP Claim ID 1 |
|---|---|---|
| 396581 | 113609892 | 1678988 |

If, however, this claimant fails to pay MSP and Rawlings, Archer shall be permitted to deposit the remaining, disputed amount, into the registry of the Court.

3.      It is further ORDERED that the following claims have been removed from Exhibit A to Archer's Second Amended Counterclaim/Complaint for Interpleader (ECF No. 65-2) because Archer alleges that the government lien exceeds the total cap:

| ARCHER Client ID | Rawlings Claim ID 1 | Rawlings Claim ID 2 | MSP Claim ID 1 |
|---|---|---|---|
| 384566 | 113356801 |  | 1640110 |
| 386666 | 122526525 |  | 1425322 |
| 406271 | 121318373 |  | 1814728 |
| 432419 | 119171517 |  | 1669500 |
| 439189 | 121318484 |  | 1644608 |
| 439615 | 119243532 |  | 1702959 |
| 444349 | 117484646 |  | 1556579 |
| 468784 | 116880590 |  | 1786211 |
| 468930 | 116880943 |  | 1762340 |
| 471782 | 116881556 | 118723657 | 1783405 |

If, however, it is later determined that the government lien does not exceed the cap or there is a dispute about whether the government lien exceeds the cap, Archer shall be permitted to deposit the remaining, disputed amounts, into the registry of the Court.

4. It is further ORDERED that these funds shall be deposited into the Disputed Ownership Fund (DOF) in the Court Registry Investment System (CRIS) pending further Order of the Court.

5. It is further ORDERED that these funds shall be administered by the Administrative Office of the United States Courts under 28 U.S.C. § 2045, which shall be responsible for meeting all DOF tax administration requirements in accordance with the Court's General Order 2016-06.

6. The parties and the Court understand and appreciate that Archer is depositing the maximum amounts owed on a particular claim and, as a result, excess funds may be deposited that exceed the amounts owed to MSP or Rawlings. Once the Court determines the interpleader claimant that is entitled to the funds and the amounts of the claims are fully and finally resolved, any excess funds will be returned to Archer Systems, LLC.

Dated: November __, 2023

_____
PRESIDING JUDGE

Tendered by,

*/s/ Mary E. Frazier*
Mary E. Frazier
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
713-576-0371 – direct
713-576-0301 – Fax
mfrazier@bradley.com

*Counsel for Archer Systems, LLC*


*/s/ Michael P. Abate\**          *\*with permission*
Michael P. Abate
Kaplan, Johnson, Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 540-8280
mabate@kaplanjohnsonlaw.com
*Counsel for Rawlings & Associates PLLC and Lowey Dannenberg P.C.*


*/s/ Gino Moreno\**          *\*with permission*
Gino Moreno
MSP Recovery Law Firm
2701 S. Le Jeune Road, 10th Floor
Coral Gables, FL 33134
(305) 614-2222
gmoreno@msprecoverylawfirm.com
*Counsel for Interpleader Defendants, MSP*