UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 19, 2024
KELLY L. STEPHENS, Clerk

No. 24-5788

RAWLINGS & ASSOCIATES PLLC; LOWEY DANNENBERG P.C.,

    Plaintiffs/Cross-Claim Defendants-Appellees,

v.

ARCHER SYSTEMS, LLC,

    Counterclaimant/Counterclaim Defendant-Appellee,

v.

MSPA CLAIMS 1, LCC; MSP RECOVERY CLAIMS, SERIES LLC,

    Counterclaimants/Cross-Claimants Appellants.

Before: DAVIS, MATHIS, and BLOOMEKATZ, Circuit Judges.

**JUDGMENT**

THIS MATTER came before the court upon consideration of Rawlings & Associates' and Archer Systems' motions to dismiss.

UPON FULL REVIEW of the record and any submissions by the parties,

IT IS ORDERED that the motions to dismiss are GRANTED and the appeal is DISMISSED for lack of jurisdiction.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk