IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
CASE NO.: 3:23-CV-242-RGJ

ARCHER SYSTEMS, LLC

    *Counterclaimant/Counterclaim Defendant,*

v.

RAWLINGS & ASSOCIATES PLLC
AND LOWEY DANNENBERG P.C.

    *Counterclaim Defendants/Crossclaim Defendant,*

v.

MSPA CLAIMS 1, LLC AND
MSP RECOVERY CLAIMS, SERIES LLC

    *Interpleader Claimants/Counterclaimants/
    Crossclaimants.*

**AGREED ORDER AUTHORIZING RELEASE OF INTERPLEADER FUNDS FROM THE COURT'S REGISTRY**

Before the Court is the Parties' joint request for release of the interpleader funds currently held in the Registry of the Court. As reflected in the Joint Status Report filed on August 29, 2025, (ECF 161) the Parties have entered and now executed a Settlement Agreement ("Agreement") resolving all disputes among Archer Systems, LLC ("Archer"), Rawlings & Associates PLLC and Lowey Dannenberg P.C. (collectively, "Rawlings"), and MSPA Claims 1, LLC and MSP Recovery Claims, Series LLC (collectively, "MSPR").

The Court previously authorized Archer to deposit **$345,045.05** into the Registry of the Court (ECF 108) as the maximum owed amount on the claims identified in the Second Unopposed Amended Order Granting Interpleader Deposit (ECF 108). Having reviewed the Parties'

submission and being otherwise sufficiently advised, the Court finds good cause to grant the requested relief.

IT IS HEREBY ORDERED as follows:

1. The Clerk of Court/Registry is directed to release the total sum of **$345,045.05,** plus any accrued interest, from the Disputed Ownership Fund (DOF) of the Court Registry Investment System (CRIS), to following parties:

| Amount To Be Distributed | Payee / Recipient Information |
|---|---|
| $103,618.86 | MSP Recovery<br>3150 Southwest 38th Ave<br>Miami, Fl 33146 |
| $198,554. 85 | Rawlings & Associates PLLC<br>c/o Mike Abate<br>Kaplan Johnson Abate & Bird<br>710 West Main Streat, 4th Floor<br>Louisville, KY 40202 |
| $42,871.34 plus any accrued interest | Archer Systems, LLC<br>c/o Mary E. Frazier<br>Bradley Arant Boult Cummings LLP<br>600 Travis Street, Suite 5600<br>Houston, Texas 77002 |

2. Upon receipt, Archer shall disburse any accrued interest to Rawlings and MSPR in accordance with the percentages set forth in the fully executed Agreement among the Parties.

3. The Administrative Office of the United States Courts shall make all necessary tax and reporting adjustments associated with the release of funds pursuant to 28 U.S.C. § 2045 and the Court's General Order 2016-06.

4. MSPR shall dismiss its pending mandamus petition on or before December 21, 2025, and the Parties shall file stipulations of dismissal with prejudice as to all remaining claims, counterclaims, crossclaims, and appeals, as applicable, within seven (7) days of receiving payment from the Court of the funds specified above.

5. This Order resolves all matters concerning the funds deposited in the Court's registry pursuant to prior interpleader orders [ECF 108].

IT IS SO ORDERED.

Dated: December __, 2025

_____
Rebecca Grady Jennings, District Judge
United States District Court

Copies to Counsel, USDC-Finance